IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

KENNETH E. HAMMETT,

      Appellant,

 v.

                                Case No.  5D23-1284
                                LT Case No. 2023-CA-99

STATE OF FLORIDA,

      Appellee.
_____/

Decision filed July 18, 2023

Appeal from the Circuit Court
for Sumter County,
Michelle T. Morley, Judge.

Kenneth E. Hammett, Bushnell,
pro se.

Ashley Moody, Attorney General,
Tallahassee, and Whitney Brown
Hartless, Assistant Attorney
General, Daytona Beach, for
Appellee.


PER CURIAM.

     AFFIRMED.


JAY, EISNAUGLE and MACIVER, JJ., concur.